UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In Re:                                                              ORDER OF DISMISSAL
                                                                    FOR
**Tronox Incorporated**                                             *FAILURE TO PROSECUTE*
                                                                    *BANKRUPTCY APPEAL*

-----------------------------------------------------X              21-CV-9466 JPC

FROM:   VITO GENNA, CLERK
        UNITED STATES BANKRUPTCY COURT
        SOUTHERN DISTRICT OF NEW YORK

TO:     RUBY J. KRAJICK, CLERK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                              BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02/2021
APPELLANT: Rosa Lee (on behalf of Malcolm Lee)
BANKRUPTCY DOCUMENT #: 9553

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

     _X_  FRBP 8009
     ___  Federal Rules of Civil Procedure (Rule _____)
     _X_  28 U.S.C. 1930 - the requirement to pay a filing fee
     ___  Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **July 20, 2022**                               Vito Genna, Clerk
        New York, New York                              U.S. Bankruptcy Court, SDNY

                                                        By:   s/ Anatin Rouzeau
                                                              Deputy Clerk

### ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____ July 21 _____ 2022                      _____
      New York, New York                                Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____            Ruby J. Krajick , Clerk
                                                     District Court, SDNY

                                                     By: _____
                                                         Deputy Clerk